

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Rajmp Inc.

**Civil Action No.** 19-cv-00876-AJB-WVG

**Plaintiff,**

**V.**

USA

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants the United States' motion to dismiss without leave to amend, denies Rajmp's motion to deny the United States' motion for summary judgment, denies Rajmp's motion to strike the United States' motion to dismiss, and denies Rajmp's motion for preliminary injunction.

**Date:** 2/25/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Mueller

J. Mueller, Deputy